# UNITED STATES DISTRICT COURT
# MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| **ANGEL MORRIS,** : | |
| **Plaintiff** : | **CIVIL ACTION NO. 3:14-1902** |
| **v.** : | |
| | **(JUDGE MANNION)** |
| **CAROLYN W. COLVIN,** : | |
| **ACTING COMMISSIONER** | |
| **OF SOCIAL SECURITY,** : | |
| **Defendant** : | |

## ORDER

In light of the memorandum issued this same day, **IT IS HEREBY ORDERED THAT:**

(1) The court **ADOPTS** Judge Mehalchick's report and recommendation, (Doc. 17);

(2) The plaintiff's appeal from the denial of disability benefits by the Social Security Administration, (Doc. 1), is **DENIED**;

(3) The plaintiff's request for the award of benefits under Titles II and XVI of the Social Security Act is **DENIED**, and the plaintiff's request for a new administrative hearing is **DENIED,** (Doc. 1); and

(4) The clerk is **ORDERED** to close this case.

s/ *Malachy E. Mannion*
**MALACHY E. MANNION**
**United States District Judge**

Date: November 17, 2015

O:\Mannion\shared\MEMORANDA - DJ\CIVIL MEMORANDA\2014 MEMORANDA\14-1902-01-ORDER.wpd